THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0085-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT HAROLD SMITH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Recently, Defendant mailed a letter to chambers. (Dkt. No. 39.) To the extent that Defendant's letter conveys a desire to withdraw his guilty plea or continue sentencing, he must do so by filing a motion with the Court through his attorney. The Clerk is directed to send a copy of this order to Defendant and counsel for both parties.

DATED this 25th day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER CR17-0085-JCC
PAGE - 1