THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0085-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT HAROLD SMITH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Robert Harold Smith's unopposed motion to continue trial (Dkt. No. 65) and speedy trial waiver (Dkt. No. 66).

THE COURT, having considered the Motion to Reset Trial Date, any responses, filings, or memoranda related thereto, and all the files and records herein, the Court finds as follows:

1. The facts and circumstances are as set forth in the Motion to Reset Trial Date;

2. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

3. Failure to grant a continuance would likely result in a miscarriage of justice;

4. The ends of justice served by setting the trial date to December 18, 2017 outweigh

the best interest of the public and the defendants in a speedy trial;

5. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6. The period of time from the filing date of the Motion to Reset Trial Date until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS ORDERED that Defendant Robert Harold Smith's trial date is hereby reset to December 18, 2017.

IT IS FURTHER ORDERED that Defendant Robert Harold Smith's pretrial motions deadline is reset to November 27, 2017.

DATED this 17th day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
