THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0085-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT HAROLD SMITH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 85). The Court being familiar with the records and files herein and based upon the stipulation of the parties hereby issues the following order:

- United States Pretrial Services shall provide a copy of the defendant, Robert H. Smith's pretrial services report, used at the March 14, 2017, detention hearing, to the United States Attorney's Office.

- The United States Attorney's Office may only use the report in connection with its response to Smith's appeal of his detention order. The report may not be disseminated or shared with anyone outside the United States Attorney's Office.

- The United States Attorney's Office shall provide a copy of the report to the Ninth

Circuit Court of Appeals under seal.

- Upon conclusion of Smith's appeal, the United States shall return the report to Pretrial Services.

DATED this 6th day of November 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
