THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HAROLD SMITH,<br><br>　　　　　　Defendant. | CASE NO. CR17-0085-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for an order directing the government to review its personnel files for *Brady* material pursuant to *U.S. v. Henthorn*, 931 F.2d 29, 30–31 (9th Cir. 1991) (Dkt. No. 101). There is no disagreement about whether the government should gather this information and disclose it to the defense. (*See* Dkt. No. 103.) Therefore, the Court GRANTS Defendant's motion.

The Court is troubled by the filing of this motion, in the absence of any basis to believe that the Government is not in fact complying with its disclosure obligations, much less an actual request for the Government to provide such information. The Local Rules expressly require the parties to confer and attempt to solve disputed discovery issues before placing the issue before the Court. Going forward, the Court will only consider motions by Defendant in conformity with

MINUTE ORDER CR17-0085-JCC
PAGE - 1

1 | the Local Rules.

DATED this 10th day of January 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk