THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0085-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ROBERT HAROLD SMITH, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed[1] motion (Dkt. No. 105) for access to his presentence report from a previous case. Finding good cause, the Court GRANTS Defendant's motion. U.S. Probation is DIRECTED to release a copy of the presentence report for Defendant in *United States v. Smith*, CR07-0084-MJP to Defendant within ten (10) days of this order.

DATED this 7th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] The Court views the Government's failure to file a response in opposition as an admission that the motion has merit. W.D. Wash. Local Crim. R. 12(b)(4).

ORDER
CR17-0085-JCC
PAGE - 1