THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0085-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT HAROLD SMITH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion (Dkt. No. 106) seeking access to the digital recordings of June 16, 2017 and July 6, 2017 hearings held to address Defendant's ex-parte sealed motions to withdraw counsel (Dkt. Nos. 51, 60). Defendant moves for access to the digital recordings of the hearings in order to prepare a transcript of the hearings for current Defense counsel's use.

Defendant's motion (Dkt. No. 106) is GRANTED. The Clerk is DIRECTED to provide a copy of the digital recordings of the hearings held on June 16, 2017 and July 6, 2017 (Dkt. Nos. 51, 60) to Defendant's counsel. This Order does not permit either the general public or the United States Attorney's Office access to the digital recordings or any transcripts prepared therefrom. Once prepared, Defendant is DIRECTED to file the resulting transcripts under seal.

1   DATED this 12th day of February 2018.

2             William M. McCool
             Clerk of Court
3

4             s/Tomas Hernandez
             Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER CR17-0085-JCC
PAGE - 2