THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0085-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT HAROLD SMITH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to continue the pretrial motions deadline (Dkt. No. 112). The parties seek the continuance to allow for further plea negotiations before trial preparation must begin. Finding good cause, the Court GRANTS the parties stipulation. The deadline for pretrial motions is extended to April 9, 2018. Objections are due April 13, 2018. The trial date of April 30, 2018 remains unchanged.

Trial briefs, voir dire, and proposed jury instructions remain due ten (10) days before trial. *See* W.D. Wash. Local Crim. Rules 23.1, 24, 30(c). The parties are reminded that a list of trial exhibits is to be exchanged no later than fourteen (14) days before trial. *See* W.D. Wash. Local Crim. Rule 16(g).

The parties are DIRECTED to submit two sets of course-of-trial and end-of-trial jury instructions and a verdict form: one set of instructions should be numbered sequentially, with citations, indicating whether the instruction is agreed or disputed, and another set of instructions should be submitted without numbering, citations, or indication whether the instruction is agreed or disputed. All standard jury instructions should be included. A clean copy of the proposed instructions and the verdict form should also be submitted in word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov.

DATED this 27th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk