Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR17-85 RSM |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HAROLD SMITH, | ) | |
| Defendant. | ) | |

THE COURT has considered the joint motion to proceed with the hearing regarding revocation of supervised release, along with the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances set forth in the parties' motion and that a video or telephonic hearing may take place on December 11, 2020, because delays in this case would cause "serious harm to the interests of justice," see General Order No. 04-20, for the reasons set forth in the parties' joint motion. Accordingly,

THE COURT ORDERS that the parties may proceed with the hearing regarding revocation of supervised release by telephone and/or video conference, consistent with current procedures established by this Court.

ORDER …
PAGE 1 OF 2
CR17-85 RSM

LAW OFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-682-3746

DONE this 9th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Amy I. Muth*
Amy I. Muth
Attorney for Robert Harold Smith


Brian T. Moran
United States Attorney

*s/ Ye-Ting Woo*
Ye-Ting Woo,
Assistant United States Attorney

ORDER …
PAGE 2 OF 2
CR17-85 RSM

LAW OFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-682-3746

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, December 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the United States of America and any counsel of record for the co-defendant(s).

*s/ Catlin Gibson*
Catlin Gibson, paralegal
Law Office of Amy Muth, PLLC
catlin@amymuthlaw.com

CERTIFICATE OF SERVICE
PAGE 1 OF 1
CR17-85 RSM

LAW OFFICE OF
AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053
Fax: 206-682-3746