CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> ROBERT HAROLD SMITH, </br></br> Defendant. | NO. CR18-5579RBL </br></br> ORDER SEALING DEFENDANT'S EXHIBIT |

Pursuant to CrR 32©(1)(A), Local Rules W.D. Washington, the Defendant's request that the Defendant's exhibit 1 to supplement Defendant's Motion for Compassionate Release and all responses and replies in the above-captioned matter be sealed, is hereby GRANTED.

DATED this 9th day of February, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/Amy I. Muth*
AMY I. MUTH, WSBA #31862
Attorney for Defendant
Law Office of Amy Muth, PLLC
1000 Second Ave, Ste 3140
Seattle, WA 98101
(206) 682-3053

MOTION TO SEAL
PAGE 1 OF 1
CR17-85RSM

**LAW OFFICE OF
AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 9814
Tel: 206-682-3053

CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Catlin Gibson*
Catlin Gibson, Paralegal
Law Office of Amy Muth, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206) 682-3222
catlin@amymuthlaw.com

CERTIFICATE OF SERVICE
CR17-85RSM

**LAW OFFICE OF
AMY MUTH, PLLC**
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel: 206-682-3053